[No. 10306–7–I.   Division One.   December 6, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA JEAN HARRINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–1–03313–8, Francis E. Holman, J., entered April 21, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Williams, J.

[No. 10466–7–I.   Division One.   December 6, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLAN CLARENCE RIGSBY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–1–04159–9, Frank L. Sullivan, J., entered June 18, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Corbett, JJ.

[No. 10540–0–I.   Division One.   December 6, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES L. GREGORY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 81–1–00247–6, Daniel T. Kershner, J., entered July 17, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Corbett, JJ.